```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 11-42557 EDJ |
| **MARK STEVEN MCDONALD and LEAH LYNN MCDONALD,** | Chapter 13 |
| Debtors. | **EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT** |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 18, 2011, the court entered the order valuing the lien of CitiMortgage, Inc. as successor in interest to Citibank.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011          /s/ Patrick L. Forte
                             PATRICK L. FORTE
                             Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011         /s/ Martha G. Bronitsky
                             MARTHA G. BRONITSKY
                             Chapter 13 Trustee